IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  03-cv-02145-RPM-PAC

JOSEPH L. DUNIVENT,

      Plaintiff(s),

v.

UNION PACIFIC RAILROAD COMPANY,

      Defendant(s).

_____

## MINUTE ORDER
_____

**ORDER ENTERED BY MAGISTRATE JUDGE PATRICIA A. COAN**

      IT IS HEREBY **ORDERED** that Third Party Defendant Seats, Inc's Motion for Leave to Attend Final Pretrial Conference by Telephone [filed November 28, 2005; Doc. No. 76] is **GRANTED** as follows:

      Martin R. Denney is permitted to participate at the Final Pretrial Conference on **December 15, 2005 at 9:00 a.m.** Rocky Mountain Time.  Mr. Denney and Mr. Bremseth shall coordinate a conference call to the Court at: 303-844-4892 on the above date and time.

Dated:  November 30, 2005