IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No.  03-cv-02145-RPM-PAC

JOSEPH L. DUNIVENT,

          Plaintiff,

v.

UNION PACIFIC RAILROAD COMPANY,

          Defendant and Third-Party Plaintiff,

v.

SEATS, INC.,

          Third-Party Defendant.

---

## ORDER VACATING REFERENCE TO UNITED STATES MAGISTRATE

---

The Court having determined that in view of the length of trial it would be

impractical for Magistrate Patricia A. Coan to conduct the pretrial conference, it is

ORDERED that the Order of Reference to Magistrate Patricia A. Coan is

withdrawn.

DATED: December 13, 2005

BY THE COURT:

s/Richard P. Matsch

_____
Richard P. Matsch, Senior District Judge