IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No.  03-cv-02145-RPM

JOSEPH L. DUNIVENT,

        Plaintiff,

v.

UNION PACIFIC RAILROAD COMPANY,

        Defendant and Third-Party Plaintiff,

v.

SEATS, INC.,

        Third-Party Defendant.

---

ORDER SETTING PRETRIAL CONFERENCE AND HEARING ON MOTION FOR SUMMARY JUDGMENT

---

    Pursuant to this Court's order of December 13, 2005, it is

    ORDERED that a pretrial conference and hearing on motion for summary judgment have been scheduled for **February 23, 2006, at 2:00 p.m.** in the Conference Room, Second Floor, the Byron White United States Courthouse, 18th and Stout Streets, Denver, Colorado.  Counsel are directed to comply with the Instructions for Preparation and Submission of Final Pretrial Order which may be found at **http://www.cod.uscourts.gov/rules frame.htm** (Appendix G).  In addition, the proposed Final Pretrial Order shall be submitted by **February 16, 2006,** via E-mail to **Matsch_Chambers@cod.uscourts.gov**.

    DATED: December 15, 2005

                BY THE COURT:

                s/Richard P. Matsch
                _____
                Richard P. Matsch, Senior District Judge