IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No.  03-cv-02145-RPM

JOSEPH L. DUNIVENT,

        Plaintiff,

v.

UNION PACIFIC RAILROAD COMPANY,

        Defendant.

---

ORDER SETTING TRIAL DATE

---

Pursuant to the pretrial conference convened on March 30, 2006, it is

ORDERED that this matter is set for trial to jury on **December 4, 2006, at 9:00 a.m., with counsel to be present at 8:30 a.m. on the first morning of trial,** in Courtroom A, Second Floor, the Byron White United States Courthouse, 1823 Stout Street, Denver, Colorado.  Trial procedures may be found at **www.cod.uscourts.gov/judges_frame.htm**.

DATED: March 30th , 2006

        BY THE COURT:

        s/Richard P. Matsch
        _____
        Richard P. Matsch, Senior District Judge