IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No.  03-cv-02145-RPM

JOSEPH L. DUNIVENT,

        Plaintiff,

v.

UNION PACIFIC RAILROAD COMPANY,

        Defendant and Third-Party Plaintiff,

v.

SEATS, INC.,

        Third-Party Defendant.

---

ORDER FOR SEPARATE TRIALS

---

Upon consideration of the plaintiff's motion to bifurcate trials, considered as a motion for separate trials under Fed. R. Civ. P. 42(b), the Court finds and concludes that the defendant's third-party claim against third-party defendant SEATS, Inc., is dependent upon the outcome of the plaintiff's Locomotive Inspection Act claim against Union Pacific Railroad Company and therefore it is

ORDERED that a separate trial will be held, if necessary, on the third-party complaint at a time to be scheduled after trial of the plaintiff's claims against defendant Union Pacific Railroad Company.

DATED: March 30th, 2006

                              BY THE COURT:

                              s/Richard P. Matsch
                              _____
                              Richard P. Matsch, Senior District Judge