FILED
UNITED STATES DI...

DEC 1 2006

C...

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 03-cv-02145-RPM-PAC

JOSEPH L. DUNIVENT,

                        Plaintiffs,

v.

UNION PACIFIC RAILROAD
COMPANY, a corporation,

                        Defendant.

## ORDER OF DISMISSAL WITH PREJUDICE

IT IS HEREBY ORDERED that the above-entitled action is hereby dismissed with prejudice, each party to pay his or its own costs.

DATED at Denver, Colorado, this _18_ day of December, 2006.

BY THE COURT:

U. S. DISTRICT COURT JUDGE